ACCEPTED
01-14-00844-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/30/2015 4:43:32 PM
CHRISTOPHER PRINE
CLERK

CASE NO. 01-14-00844-CV

In the First Court of Appeals
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/30/2015 4:43:32 PM
CHRISTOPHER A. PRINE
Clerk

## Neighborhood Centers, Inc.
### Appellant

v.

## Doreatha Walker,
### Cross-Appellant and Appellee

From the 80th District Court, Harris County, Texas
Cause No. 2014-37034

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Texas Rule of Appellate Procedure 6.5, the below-signed counsel files this motion for leave to withdraw from representing Cross-Appellant/Appellee Doreatha Walker, in light of the completion of the agreed-upon volunteer services to be provided in connection with this appeal.

1

999999\00195\1419277.1

The current deadlines, which apply if Ms. Walker intends to seek rehearing, reconsideration en banc, or further review by the Texas Supreme Court, are as follows:

**Aug. 14, 2015:** Motion for Rehearing/Reconsideration En Banc
**Sept. 14, 2015:** Petition for Review

Further, Ms. Walker may be reached by using the following contact information:

6806 Lost Thicket Drive
Houston TX 77085
713.263.4699
tryjesustoo@yahoo.com

A copy of this motion has been delivered to Ms. Walker, and she has been notified in writing of the right to object to the motion. Ms. Walker consents to the relief sought.

Respectfully submitted,

By: */s/ Whitney Rawlinson*
Whitney Rawlinson
State Bar No. 24068655
4265 San Felipe, Suite 1200
Houston, Texas 77027
713.850.7766 – Telephone
713.552.1758 – Facsimile
wrawlinson@boyarmiller.com

999999\00195\1419277.1

## CERTIFICATE OF COMPLIANCE

I do hereby certify that I have conferred with counsel for Appellant in this case, and counsel indicated that Appellant is unopposed to the relief sought in this motion.

*/s/ Whitney Rawlinson*
Whitney Rawlinson

## CERTIFICATE OF COMPLIANCE

I further hereby certify that this document complies with the typeface requirements of Texas Rule of Appellate Procedure 9.4(e) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14 point Bell MT font.

*/s/ Whitney Rawlinson*
Whitney Rawlinson

999999\00195\1419277.1

## CERTIFICATE OF SERVICE

I further certify that on July 30, 2015, a true and correct copy of the foregoing document was sent to all counsel of record as indicated below:

Linda P. Wills
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
713.353.2000
713.785.7780 fax
linda.wills@wilsonelser.com
*by e-serve*

Doreatha Walker
Last known address:
6806 Lost Thicket Drive
Houston TX 77085
tryjesustoo@yahoo.com
*by e-mail, first class mail,*
*and certified mail, return receipt requested #7013 1710 0001 4237 0757*

/s/ Whitney Rawlinson
Whitney Rawlinson

999999\00195\1419277.1